Paul Swenson Prior
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: sprior@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kevin Zimmerman, and individual,<br><br>Plaintiff,<br><br>vs.<br><br>Lowe's Home Centers, LLC,<br><br>Defendant. | **Case No. 2:17-cv-00408-GMN-GWF**<br><br>**STIPULATION AND ORDER FOR EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Kevin Zimmerman ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Lowe's"), by and through their undersigned counsel (collectively the "Parties"), for good cause shown, hereby stipulate and agree to extend Lowe's deadline to respond to Plaintiff's Complaint [Doc #9] to May 23, 2017. This is the Parties' first extension request.

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6-1, there exists good cause to grant this extension to respond for the following reasons:

1. Plaintiff served the Complaint and Summons on Lowe's on April 11, 2017.

2. Lowe's Answer is currently due May 2, 2017.

3. Counsel for Lowe's was only recently retained, and requires additional time to locate, organize, and review the relevant documents and prepare the appropriate response.

4. The Parties agreed to the extension requested herein pursuant to the April 26, 2017 email exchange between the Parties attached hereto as Exhibit A.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

5. This stipulated extension request is sought in good faith and is not made for the purpose of delay.

Therefore, the Parties jointly agree to extend Lowe's deadline to respond to Plaintiff's Complaint to May 23, 2017.

DATED: MAY __, 2017

THE WILCHER FIRM

By: *Agreed via email (see Exhibit A)*
Whitney C. Wilcher
8465 West Sahara Avenue
Suite 111-236
Las Vegas, Nevada 89117

*Attorneys for Plaintiff Kevin Zimmerman*

DATED: MAY 10, 2017

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
Paul Swenson Prior
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Lowe's Home Centers, LLC*

## **ORDER**

**IT IS ORDERED** that Lowe's shall respond to Plaintiff's Complaint on or before May 23, 2017.

DATED: ___May 11_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Paul Swenson Prior*
Paul Swenson Prior
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
*Attorneys for Defendant Lowe's Home Centers, LLC*